United States District Court
For the Eastern District of New York

-----------------------------------------------------------------------]

David Gustavo Rivera Orellana,

    Petitioner,

v.

                                                                  Dkt: 26-574

Kristi Noem,
Secretary of the Department
Of Homeland Security; Officer
Montgomery,

                                                                    Initials:

    Respondents.

-----------------------------------------------------------------------]

Verified Petition for a Writ of Habeas Corpus

                                                                    Submitted by

                                                                    Bruno J Bembi
                                                                    Attorney for Petitioner

                                                                    PO Box 5248
                                                                    Hempstead, NY 11551

                                                                    (516) 483 -7372

                                                                    Brunobembi4@gmail.com

                                                                    BB  8381

## Petition for a Writ of Habeas Corpus

1. Petitioner, David Gistavo Rivera Orellana [Mr. Rivera], is currently in ICE custody at the Immigration and Customs Enforcement [ICE] facility in Central Islip, New York. His immigration A-number is A240-582-717.
2. Mr Rivera brings this petition for a writ of habeas corpus seeking his immediate release from custody pursuant to 28 U.S.C. 2241. His home address is 78 Henry St., Hemsptead, NY 11550.

## Respondents

3. Respondent, Kristi Noem, is Secretary of the U.S. Department of Homeland Security with an address at 245 Murray Lane SW, Washington DC 20528.
4. Respondent, Officer Montgomery, is an ICE Officer with an address at 201 Varick St, Rm 1219, New York, NY 10014.

## Facts

5. Mr. Rivera is a native and citizen of El Salvador who first came to the United States on or about March 19, 2022 with no documents.
6. He was born in El Salvador on January 31, 2005.
7. Mr. Rivera was 17 years of age when he came to the United States.
8. Mr. Rivera arrived in the United States as an unaccompanied alien child [UAC] pursuant to 6 U.S.C section 279(g)(2), and, upon information and belief, he was released pursuant to the provisions in 45 C.F.R. secs. 410.1200-1210, 89 FR at 34439-34481.
9. Mr. Rivera obtained a order of guardianship and special findings from the Nassau County Family Court dated April 2, 2025, and April 7, 2025, respectively. The order of special finding determined that it would not be in Mr. Rivera's best interests to return to El Salvador because there is no one there who can support him.
10. Mr. Rivera completed a form I-360 to apply as a special immigrant juvenile [SIJ] under 8 U.S.C. 1101(a)(27)(J). This petition was approved by the United States Citizenship and Immigration Services [CIS] on October 16, 2025, giving Mr. Rivera a priority date of May 12, 2025.
11. Mr. Rivera was scheduled for a continued immigration court hearing in New York City on December 3, 2026 at 8:30 am where he was supposed to show

1

proof that he had complied with certain biometrics requirements. Mr. Rivera appeared at approximately 6 immigration court hearings in New York City previously. He also appeared, or had an attorney appear for him at approximately 19 family court hearings in Nassau County, primarily before the Honorable Judge Goggin, and also before the Honorable Judge Harris.

12. On February 2, 2026, Mr. Rivera was walking down the street in Hempstead NY by the intersection of Hempstead Turnpike and Main St, when ICE agents detained him for no reason other than his physical appearance.
13. At no time did the arresting officers consider whether Mr. Rivera is a flight risk before detaining him.
14. Mr. Rivera now respectfully submits this petition seeking his immediate release from ICE custody.

## First Claim

15. Petitioner repeats and realleges all facts in paragraphs 1 through 14.
16. Mr. Rivera's detention withoutr due process of law violates his status as a special immigrant juvenile and he should no longer be held in custody by immigration authorities. See, Osorio Martinez v AG United States, 8793 F.3d 153, 179 (3d Cir. 2018).

## Second Claim

17. Petitioner repeats and realleges all facts in paragraphs 1 through 14.
18. Mr. Leon's arrest was unlawful because it was made without probable cause to believe he is an alien and without probable cause to believe he is a flight risk, as required by 8 U.S.C. 1357(a)(2) and 8 C.F.R. 287.8(c)(2)(ii); Refugio Ramirez Orlando et al v Noem, 25-cv-3183-RBJ, 2025 U.S. Dist LEXIS 234204 (Dist CO, Judge Brooke Jackson, Nov 25, 2025).

## Third Claim

19. Petitioner repeats and realleges all facts in paragraphs 1 through 14.
20. Mr. Rivera's detention is unlawful because Mr. Rivera is not subject to detention pursuant to 8 U.S.C. section 1225.

## Fourth Claim

21. Petitioner repeats and realleges all facts in paragraphs 1 through 14.

2

22. Mr. Rivera's detention is unlawful because his detention is contrary to due process of law.

WHEREFORE, it is respectfully requested that Mr. Rivera's transfer outside of the Eastern District of New York be stayed; that his removal be stayed; that he be ordered released from custody on his own recognizance.

## Attorney Verification

I, Bruno J Bembi, attorney at law, affirm that the above statements are true, except those made upon information and belief, and as to those, I have a reasonable, good faith basis to believe they are true.

Respectfully submitted,

Dated: 2/2/26

Bruno J Bembi
Attorney at Law
P.O. Box 5248
Hempstead, NY 11551
BB 8381

(516) 483 -7372