**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

February 4, 2026

**BY ECF**
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Rivera Orellana v. Noem, et al.*, No. 26-cv-0574 (SJB)

Dear Judge Bulsara:

This Office represents Respondents in the above-captioned case brought by Petitioner David Gustavo Rivera Orellana ("Petitioner"). This letter is respectfully submitted in compliance with the Order entered yesterday, February 3, 2026, in which the Court ordered Respondents to effectuate Petitioner's release from custody by 2 p.m. today and to file a letter on the docket confirming Petitioner's release by the same time. *See* Dkt. No. 7.

As set forth in the accompanying declaration of Deportation Officer Jason Mascia, Petitioner was released today at 11:40 a.m. from Nassau County Correctional Center. In an email to the undersigned Assistant United States Attorney, Petitioner's counsel also acknowledged that his understanding is that Petitioner has been released.

Thank you for the Court's attention to this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Marika M. Lyons*
MARIKA M. LYONS
Assistant United States Attorney
(718) 254-6484

cc: All Counsel of Record (by ECF)